FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos LLC and NP Red Rock, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AURIYON BUTLER,<br><br>  Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO RESORT AND SPA, a Nevada Limited Liability Company; DOES I through X, inclusive; and, ROE CORPORATIONS I through X, inclusive.<br><br>  Defendants. | Case No. 2:21-cv-02208-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including June 10, 2022 to file a response to Plaintiff's Complaint (ECF No. 1). Defendant's counsel has numerous other events pending, including a Nevada Supreme Court *en banc* oral argument on May 16 and a vacation scheduled for May 25 – June 2, and will need additional time to respond.

///

///

///

This is the first request for an extension of time.

| HOLMAN LAW OFFICE | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kristina S. Holman, Esq.<br>    KRISTINA S. HOLMAN<br>    8275 S. Eastern Avenue<br>    Suite 215<br>    Las Vegas, NV 89123<br>    Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>    SCOTT M. MAHONEY<br>    300 South Fourth Street<br>    Suite 1500<br>    Las Vegas, Nevada 89101<br>    Attorneys for Defendant |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: May 12, 2022

- 2 –
FP 43988057.1