# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AURIYON BUTLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATION CASINOS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-02208-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 8, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge