FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC and NP Red Rock, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AURIYON BUTLER, | Case No. 2:21-cv-02208-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO RESORT AND SPA, a Nevada Limited Liability Company; DOES I through X, inclusive; and, ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| HOLMAN LAW OFFICE | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kristina S. Holman, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| KRISTINA S. HOLMAN | SCOTT M. MAHONEY |
| 8275 S. Eastern Ave, Suite 215 | 300 South Fourth St., Suite 1500 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 24th day of October, 2022.

- 1 –

FP 45449748.1